## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

SONYA LYNN CHANDLER, :
AIS 258824,
:
    Petitioner,
:
vs.                                       CA 09-0335-WS-C
:
CYNTHIA WHEELER-WHITE,
:
    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 1, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of July, 2009.

                                    s/WILLIAM H. STEELE
                                  **UNITED STATES DISTRICT JUDGE**