IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SONYA LYNN CHANDLER, :
AIS 258824,
:
    Petitioner,
:
vs.                                          CA 09-0335-WS-C
:
CYNTHIA WHEELER-WHITE,
:
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **DISMISSED WITHOUT PREJUDICE** to allow petitioner the opportunity to exhaust her state remedies.

**DONE** this 30th day of July, 2009.

                                     s/WILLIAM H. STEELE
                                   **UNITED STATES DISTRICT JUDGE**